**Order filed February 10, 2015**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-14-00407-CV

_____

### SANTOS SAN JUAN D/B/A SANTOS WRECKER REPAIR, Appellant

### V.

### JOSE SEGOVIA, Appellee

**On Appeal from the 80th District Court
Harris County, Texas
Trial Court Cause No. 2012-06117**

## ORDER

The reporter's record in this case was due August 11, 2014. *See* Tex. R. App. P. 35.1. The record was not filed. This court received notice that two court reporters took the record in this case. On August 27, 2014, this court ordered the official court reporter, Michelle Tucker, to file the record within 30 days. When the court reporter failed to file the record as ordered, on October 15, 2014 this court ordered the court reporter to file the record within 30 days, and instructed the court reporter that if the record was not filed, the court would order the trial court to

conduct a hearing to determine the reason for failure to file the record.

On August 18, 2014, the substitute court reporter, Patricia Palmer filed an information sheet stating that she had not been paid for her portion of the record. On August 22, 2014, the court sent notice to the appellant to provide proof of payment for this portion of the record within 15 days. On September 5, 2014, this court received a second information sheet from Patricia Palmer stating that she had been paid for the record and requested an extension of time to file her portion of the record, which was granted until October 10, 2014. On October 13, 2014, a second motion for extension of time was received and was granted until November 10, 2014 with the notation that no further extension would be granted absent exceptional circumstances. No record was filed.

On November 20, 2014, this court issued an order directing the trial court to conduct a hearing at which the official court reporter, Michelle Tucker, the substitute court reporter, Patricia Palmer, appellant's counsel, and appellee's counsel shall participate (a) to determine the reason for failure to file the record; (b) to establish a date certain when the reporter's record will be filed, and (c) to make findings as to whether the court reporter should be held in contempt of court for failing to file the reporter's record timely as ordered. We further ordered the court to prepare a record in the form of a reporter's record of the hearing and make findings of fact and conclusions of law. The hearing record and supplemental clerk's record with the trial court's findings were due in this court on or before December 20, 2014. No record was filed.

On January 5, 2015, Michelle Tucker filed a request for an extension of time to file the record, which this court granted to January 20, 2015 noting that no further extensions would be entertained absent exceptional circumstances. No record was filed.

Because the reporter's record has not been filed timely, we issue the following order.

We order the official court reporter, Michelle Tucker, and the substitute court reporter, Patricia Palmer, to file the record in this appeal **on or before March 10, 2015**. If Michelle Tucker and Patricia Palmer do not timely file the record as ordered, we will issue a show cause order directing the court reporters to appear before this court on a date certain to show cause why the reporters should not be held in contempt for failing to file the record as ordered. Contempt of court is punishable by a fine and/or confinement in jail.

PER CURIAM

Panel consists of Justices Christopher, Donovan, and Wise.